## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| **DENNIS JOHNSON and GERALDINE JOHNSON,** | ) ) ) | |
| **Plaintiffs,** | ) ) | |
| **v.** | ) ) | **Case No.:    3:17-cv-505** |
| **ILLINOIS CENTRAL RAILROAD COMPANY, a Corporation; ORVILLE HOBBS, d/b/a ORVILLE HOBBS TRUCKING; ORVILLE HOBBS individually; and MIDWEST TRANS-LOAD, LLC;** | ) ) ) ) ) ) | |
| **Defendants.** | ) ) | |

## NOTICE OF APPEARANCE

COMES NOW Robert P. Marcus, of Kujawski Marcus, LLC, and hereby enters his appearance as attorney of record for the Plaintiff in the above-styled case.

**KUJAWSKI MARCUS, LLC**

By:    s/ Robert P. Marcus
**ROBERT P. MARCUS, IBN 6277965**
1331 Park Plaza Drive, Suite 2
O'Fallon, Illinois 62269-1764
Telephone:  (618) 622-3600
Facsimile:   (618) 622-3700
**ATTORNEYS FOR PLAINTIFF**