## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **DENNIS JOHNSON and GERALDINE JOHNSON,** | )<br>)<br>) |
| Plaintiffs, | )<br>) |
| v. | )  Case No.:  3:17-cv-505 |
| **ILLINOIS CENTRAL RAILROAD COMPANY,** a Corporation; **ORVILLE HOBBS,** d/b/a **ORVILLE HOBBS TRUCKING; ORVILLE HOBBS** individually; and **MIDWEST TRANS-LOAD, LLC;** | )<br>)<br>)<br>)<br>)<br>) |
| Defendants. | ) |

**Please serve Defendants:**

**ILLINOIS CENTRAL RAILROAD COMPANY, a Corporation at:**

**Illinois Central Railroad Company**
c/o Illinois Corporation Service Company
801 Adlai Stevenson Drive
Springfield, IL 62703

**ORVILLE HOBBS d/b/a ORVILLE HOBBS TRUCKING at:**

Orville Hobbs, d/b/a Orville Hobbs Trucking
c/o Orville Hobbs
304 4th Street
Grand Tower, IL 62942

**ORVILLE HOBBS, individually at:**

Orville Hobbs
304 4th Street
Grand Tower, IL 62942

**MIDWEST TRANS-LOAD, LLC at:**

Midwest Trans-load, LLC
c/o Mark Arbeiter, Registered Agent
1967 Pyatt Cutler Road
Cutler, IL 62238

**JURY TRIAL DEMANDED**

**COMPLAINT**

**INTRODUCTION**

COMES NOW the Plaintiff, DENNIS JOHNSON and GERALDINE JOHNSON, by and through their attorneys, KUJAWSKI MARCUS, LLC and for their Complaint against the Defendants, Illinois Central Railroad Company, a corporation (hereinafter "Illinois Central"); Orville Hobbs d/b/a Orville Hobbs Trucking; Orville Hobbs, individually; and Midwest Trans-Load, LLC, respectfully state as follows:

1. That the jurisdiction of this Court is based upon an Act of Congress of the United States, being the Federal Employers' Liability Act, 45 U.S.C.A., Sections 51-60, and Title 28 Section 1331, as hereinafter more fully shown.

2. That at all times relevant herein, the Defendant, Illinois Central, was a corporation and was controlled, operated and maintained in interstate commerce, and in transporting interstate commerce between various states including the States of Illinois and Kentucky.

3. That at all times relevant herein, the Defendant, Illinois Central, owned, leased, and/or maintained the Captain Mine Lead track, roadbed and right of way at or near the crossing of Illinois Route 4, Randolph County, Illinois.

4. That at all times relevant herein, Orville Hobbs, d/b/a Orville Hobbs Trucking, (DOT#: 724703) was and is an Illinois sole proprietorship. This Court has Supplemental jurisdiction over Orville Hobbs Trucking pursuant to 28 U.S.C. 1367.

5. That at all times relevant herein, Defendant Orville Hobbs, d/b/a Orville Hobbs Trucking, operated a trucking service, with its principal place of business in Grand Tower, Jackson County, Illinois.

6. That at all times relevant herein, Orville Hobbs, individually, was a citizen and resident of the State of Illinois. This Court has supplemental jurisdiction over Orville Hobbs pursuant to 28 U.S.C. 1367.

7. That at all times relevant herein, Midwest Trans-Load, LLC, was an Illinois Limited Liability Company. This Court has supplemental jurisdiction over Midwest Trans-Load, LLC, pursuant to 28 U.S.C. 1367.

8. That at all times relevant herein, Midwest Trans-Load, LLC, owned, leased and or maintained the Captain Mine lead track, roadbed and right of way at or near the crossing of Illinois Route 4, Randolph County, Illinois.

9. That at all times relevant herein, the Plaintiff, DENNIS JOHNSON, was employed by the Defendant, Illinois Central, as a locomotive engineer, and had been since on or about July 9, 1973.

10. That Plaintiff, GERALDINE JOHNSON, was and is the lawful spouse of Plaintiff DENNIS JOHNSON.  This court has supplemental jurisdiction over Geraldine Johnson claim pursuant to 28 U.S.C. 1367.

11. That on or about June 3, 2015, Plaintiff DENNIS JOHNSON was operating an Illinois Central locomotive engine #IC3129, westbound on Captain Mine Lead at the crossing of Illinois Route 4, Randolph County, Illinois.

12. That at the time and place aforesaid, Defendant Orville Hobbs, d/b/a Orville Hobbs Trucking was hauling coal in an Orville Hobbs Trucking tractor and trailer southbound on Illinois Route 4 and approaching the Captain Mine Lead railroad crossing.

13. That at the time and place aforesaid, Defendant, Orville Hobbs individually, was driving the Orville Hobbs Trucking tractor and trailer southbound on Illinois Route 4.

## COUNT I
## (ILLINOIS CENTRAL – FELA STRICT LIABILITY)

14. That Plaintiff Dennis Johnson incorporates and realleges paragraphs 1 through 13 of the Introduction of Plaintiffs' Complaint hereinafter as if fully set forth herein verbatim.

15. That at all times mentioned herein all or part of the duties of the Plaintiff Dennis Johnson as such an employee furthered interstate commerce conducted by the Defendant railroad or in some way directly or substantially affected said commerce.

16. That on or about the above said date, the Plaintiff was employed by the Defendant as a locomotive engineer, and as such, was in the performance of his duties operating Illinois Central locomotive engine #IC3129, westbound on Captain Mine Lead at the crossing of Illinois Route 4, Randolph County, Illinois.

17. That on or about June 3, 2015, or a date known more certainly to the Defendants, the Plaintiff Dennis Johnson was injured when the locomotive engine he was operating was struck by a Orville Hobbs Trucking truck driven by Orville Hobbs.

18. That at said time and place, Defendant Illinois Central by and through his agents, servants, and employees, committed one or more of the following violations to wit:

    (a)    Violated 49 CFR 213.37 in failing to remove or control vegetation on and immediately adjacent to the tracks at the aforementioned crossing; and

    (b)    Violated 625 ILCS 5/18(c)-7401 in failing to remove from its right of way brush, shrubbery and trees near, but not immediately adjacent to the tracks at the aforementioned crossing.

19. That as a direct result, in whole or in part, of one or more of the above and foregoing violations, vegetation obstructed the view and line of sight at the Crossing.

20. That as a direct result, in whole or in part, of one or more of the above and foregoing violations, the Plaintiff Dennis Johnson was injured when the Orville Hobbs Trucking truck struck the locomotive, causing the Plaintiff severe and permanent injuries to wit:  injuries to the muscles, tendons, ligaments, nerves, soft tissues, and bones of the back and spine and lower extremities; that he sustained aggravations to pre-existing conditions; that he has sustained pain and suffering in the past and is reasonably certain to experience pain and suffering in the future as a result of said injuries; that he has incurred permanent disfigurement and disability resulting from said injuries; that he has lost and will continue to lose large sums of money from his usual gainful occupation; that he has sustained a permanent impairment of his earning capacity; that he has become obligated in the past for medical expenses resulting from his injuries and will be obligated in the future to expend large sums of money for necessary medical care, treatment, and services; all to the Plaintiff's damage.

WHEREFORE, the Plaintiff, DENNIS JOHNSON, prays for judgment against the Defendant, Illinois Central, in an amount in excess of SEVENTY-FIVE THOUSAND DOLLARS ($75,000.00) adequate to fairly and reasonably compensate him for his damages sustained herein, plus costs of this suit, plus pre-judgment interest.

**PLAINTIFF DEMANDS TRIAL BY JURY**

**COUNT II**
**(ILLINOIS CENTRAL – FELA NEGLIGENCE)**

21.     That Plaintiff Dennis Johnson incorporates and realleges paragraphs 1 through 13 of the Introduction of Plaintiffs' Complaint hereinafter as if fully set forth herein verbatim.

22.     That at all times mentioned herein all or part of the duties of the Plaintiff Dennis Johnson as such an employee furthered interstate commerce conducted by the Defendant railroad or in some way directly or substantially affected said commerce.

23.     That on or about the above said date, the Plaintiff was employed by the Defendant as a locomotive engineer, and as such, was in the performance of his duties operating Illinois Central locomotive engine #IC3129, westbound on Captain Mine Lead at the crossing of Illinois Route 4, Randolph County, Illinois.

24.     That on or about June 3, 2015, or a date known more certainly to the Defendants, the Plaintiff Dennis Johnson was injured when the locomotive engine he was operating was struck by a Orville Hobbs Trucking truck driven by Orville Hobbs.

25.     That at said time and place, Defendant Illinois Central by and through his agents, servants, and employees, committed one or more of the following acts or omissions to wit:

(a)     Failed to furnish Plaintiff with a reasonably safe place in which to work;

(b)     Failed to provide Plaintiff with a safe method of work;

(c)     Failed to properly inspect its tracks, sidings, and crossings for view obstructions and overgrown vegetation;

(d)     Failed to remove vegetation from the Captain Mine Siding;

(e)     Failed to properly maintain its siding so as to eliminate view obstructions;

(f) Violated 49 CFR 213.37 in failing to remove or control vegetation on and immediately adjacent to the tracks at the Captain Mine siding;

(g) Violated 625 ILCS 5/18(c)-7401 in failing to remove from its right of way brush, shrubbery and trees near, but not immediately adjacent to the tracks at the Captain Mine siding;

(h) Violated its internal rules, regulations, standards and specifications pertaining to crossings, vegetation, and sight distance;

(i) Failed to follow the recommendations of the Illinois Commerce Commission;

(j) Failed to follow the policies, guideline and statutes of the American Associated State Highway Transportation Officials (AASHTO) pertaining to sight distances;

(k) Failed to provide a safe Crossing; and

(l) Allowed unsafe practices to become the common practice.

26. That as a direct result, in whole or in part, of one or more of the above and foregoing negligent acts or omissions, the Plaintiff Dennis Johnson was injured when the Orville Hobbs Trucking truck struck the locomotive, causing the Plaintiff severe and permanent injuries to wit: injuries to the muscles, tendons, ligaments, nerves, soft tissues, and bones of the back and spine and lower extremities; that he sustained aggravations to pre-existing conditions; that he has sustained pain and suffering in the past and is reasonably certain to experience pain and suffering in the future as a result of said injuries; that he has incurred permanent disfigurement and disability resulting from said injuries; that he has lost and will continue to lose large sums of money from his usual gainful occupation; that he has sustained a permanent impairment of his earning capacity; that he has become obligated in the past for medical expenses resulting from his injuries and will be obligated in the future to expend large sums of money for necessary medical care, treatment, and services; all to the Plaintiff's damage.

WHEREFORE, the Plaintiff, DENNIS JOHNSON, prays for judgment against the Defendant, Illinois Central, in an amount in excess of SEVENTY-FIVE THOUSAND DOLLARS ($75,000.00) adequate to fairly and reasonably compensate him for his damages sustained herein, plus costs of this suit, plus pre-judgment interest.

**PLAINTIFF DEMANDS TRIAL BY JURY**

**COUNT III**
**(ORVILLE HOBBS d/b/a ORVILLE HOBBS TRUCKING)**

27. That Plaintiff Dennis Johnson incorporates and realleges paragraphs 1 through 13 of the Introduction of Plaintiffs' Complaint hereinafter as if fully set forth herein verbatim.

28. That on or about June 3, 2015, or a date known more certainly to the Defendants, the Plaintiff Dennis Johnson was injured when the locomotive engine he was operating was struck by a Orville Hobbs Trucking truck driven by Orville Hobbs.

29. That at the time and place aforesaid, Defendant Orville Hobbs d/b/a Orville Hobbs Trucking by and through its employees, agents, and or representatives, was then and there guilty of one or more of the following careless and negligent acts and/or omissions:

    (a) Failed to keep a proper lookout ahead of his vehicle for traffic, electric flashing lights, and trains;

    (b) Failed to keep his vehicle under proper control;

    (c) Operated his vehicle at a speed that was greater than was reasonable and proper for the conditions then and there existed, in violation of 625 ILCS 5/11-601;

    (d) Failed to reduce speed to avoid an accident;

    (e) Entered a railroad grade crossing in violation of 625 ILCS 5/11-1425(a);

  (f)  Failed to exercise due care and caution and stop for an oncoming train in violation of 625 ILCS 5/11-201;

  (g)  Failed to exercise due care and caution and stop for railroad electric flashing lights in violation of 625 ILCS 5/11-201;

  (h)  Allowed a driver to unlawfully operate a motor vehicle in violation of 625 ILCS 5/6-506(b); and

  (i)  Allowed his vehicle to collide with the locomotive Plaintiff was operating.

30. That as a direct and proximate result of one or more of the above and foregoing negligent acts or omissions, the Plaintiff Dennis Johnson was injured when the Orville Hobbs Trucking truck struck the locomotive, causing the Plaintiff severe and permanent injuries to wit: injuries to the muscles, tendons, ligaments, nerves, soft tissues, and bones of the back and spine and lower extremities; that he sustained aggravations to pre-existing conditions; that he has sustained pain and suffering in the past and is reasonably certain to experience pain and suffering in the future as a result of said injuries; that he has incurred permanent disfigurement and disability resulting from said injuries; that he has lost and will continue to lose large sums of money from his usual gainful occupation; that he has sustained a permanent impairment of his earning capacity; that he has become obligated in the past for medical expenses resulting from his injuries and will be obligated in the future to expend large sums of money for necessary medical care, treatment, and services; all to the Plaintiff's damage.

WHEREFORE, the Plaintiff, DENNIS JOHNSON, prays for judgment against the Defendant, Orville Hobbs d/b/a Orville Hobbs Trucking, in an amount in excess of SEVENTY-FIVE THOUSAND DOLLARS ($75,000.00) adequate to fairly and

reasonably compensate him for his damages sustained herein, plus costs of this suit, plus pre-judgment interest.

**PLAINTIFF DEMANDS TRIAL BY JURY**

**COUNT IV**
**(ORVILLE HOBBS, Individually)**

31. That Plaintiff Dennis Johnson incorporates and realleges paragraphs 1 through 13 of the Introduction of Plaintiffs' Complaint hereinafter as if fully set forth herein verbatim.

32. That at all times relevant herein, the Defendant Orville Hobbs, individually, was acting in the course and scope of his occupation with Orville Hobbs Trucking;

33. That at the time and place aforesaid, the Defendant Orville Hobbs, Individually, was guilty of one or more of the following negligent acts and/or omissions:

(a) Failed to keep a proper lookout ahead of his vehicle for traffic, electric flashing lights, and trains;

(b) Failed to keep his vehicle under proper control;

(c) Operated his vehicle at a speed that was greater than was reasonable and proper for the conditions then and there existed, in violation of 625 ILCS 5/11-601;

(d) Failed to reduce speed to avoid an accident;

(e) Entered a railroad grade crossing in violation of 625 ILCS 5/11-1425(a);

(f) Failed to exercise due care and caution and stop for an oncoming train in violation of 625 ILCS 5/11-201;

(g) Failed to exercise due care and caution and stop for railroad electric flashing lights in violation of 625 ILCS 5/11-201;

(h) Allowed a driver to unlawfully operate a motor vehicle in violation of 625 ILCS 5/6-506(b); and

(i) Allowed his vehicle to collide with the locomotive Plaintiff was operating.

34. That as a direct and proximate result of one or more of the above and foregoing negligent acts or omissions, the Plaintiff Dennis Johnson was injured when the Orville Hobbs Trucking truck struck the locomotive, causing the Plaintiff severe and permanent injuries to wit:  injuries to the muscles, tendons, ligaments, nerves, soft tissues, and bones of the back and spine and lower extremities; that he sustained aggravations to pre-existing conditions; that he has sustained pain and suffering in the past and is reasonably certain to experience pain and suffering in the future as a result of said injuries; that he has incurred permanent disfigurement and disability resulting from said injuries; that he has lost and will continue to lose large sums of money from his usual gainful occupation; that he has sustained a permanent impairment of his earning capacity; that he has become obligated in the past for medical expenses resulting from his injuries and will be obligated in the future to expend large sums of money for necessary medical care, treatment, and services; all to the Plaintiff's damage.

WHEREFORE, the Plaintiff, DENNIS JOHNSON, prays for judgment against the Defendant, Orville Hobbs, individually, in an amount in excess of SEVENTY-FIVE THOUSAND DOLLARS ($75,000.00) adequate to fairly and reasonably compensate him for his damages sustained herein, plus costs of this suit, plus pre-judgment interest.

**PLAINTIFF DEMANDS TRIAL BY JURY**

**COUNT V
(MIDWEST TRANS-LOAD, LLC)**

35. That Plaintiff Dennis Johnson incorporates and realleges paragraphs 1 through 13 of the Introduction of Plaintiffs' Complaint hereinafter as if fully set forth herein verbatim.

36. That on or about June 3, 2015, or a date known more certainly to the Defendants, the Plaintiff Dennis Johnson was injured when the locomotive engine he was operating was struck by a Orville Hobbs Trucking truck driven by Orville Hobbs.

37. That at said time and place, Defendant Midwest Trans-Load, LLC, by and through agents, servants, and employees, committed one or more of the following acts or omissions to wit:

(a) Failed to properly inspect its tracks, sidings, and crossings for view obstructions and overgrown vegetation;

(b) Failed to remove vegetation from the Captain Mine Siding;

(c) Failed to properly maintain its siding so as to eliminate view obstructions;

(d) Violated 49 CFR 213.37 in failing to remove or control vegetation on and immediately adjacent to the tracks at the Captain Mine siding;

(e) Violated 625 ILCS 5/18(c)-7401 in failing to remove from its right of way brush, shrubbery and trees near, but not immediately adjacent to the tracks at the Captain Mine siding;

(f) Violated its internal rules, regulations, standards and specifications pertaining to crossings, vegetation, and sight distance;

(g) Failed to follow the recommendations of the Illinois Commerce Commission;

(h) Failed to follow the policies, guideline and statutes of the American Associated State Highway Transportation Officials (AASHTO) pertaining to sight distances;

(i) Failed to provide a safe Crossing; and

(j) Allowed unsafe practices to become the common practice.

38. That as a direct result, in whole or in part, of one or more of the above and foregoing negligent acts or omissions, the Plaintiff Dennis Johnson was injured when the Orville Hobbs Trucking truck struck the locomotive, causing the Plaintiff severe and

permanent injuries to wit: injuries to the muscles, tendons, ligaments, nerves, soft tissues, and bones of the back and spine and lower extremities; that he sustained aggravations to pre-existing conditions; that he has sustained pain and suffering in the past and is reasonably certain to experience pain and suffering in the future as a result of said injuries; that he has incurred permanent disfigurement and disability resulting from said injuries; that he has lost and will continue to lose large sums of money from his usual gainful occupation; that he has sustained a permanent impairment of his earning capacity; that he has become obligated in the past for medical expenses resulting from his injuries and will be obligated in the future to expend large sums of money for necessary medical care, treatment, and services; all to the Plaintiff's damage.

WHEREFORE, the Plaintiff, DENNIS JOHNSON, prays for judgment against the Defendant, Illinois Central, in an amount in excess of SEVENTY-FIVE THOUSAND DOLLARS ($75,000.00) adequate to fairly and reasonably compensate him for his damages sustained herein, plus costs of this suit, plus pre-judgment interest.

## PLAINTIFF DEMANDS TRIAL BY JURY

## COUNT VI
## (LOSS OF CONSORTIUM - ORVILLE HOBBS d/b/a ORVILLE HOBBS TRUCKING)

39. Plaintiff, Geraldine Johnson, incorporates each and every allegation as set forth hereinabove in Counts I and III, and repeats and realleges each such averment hereinafter with the same force and effect.

40. As a further direct and proximate result of the injuries sustained by Plaintiff Dennis Johnson, Plaintiff Geraldine Johnson has been caused to be deprived of the loss of companionship, society, and normally rendered household duties and chores

performed and rendered by Dennis Johnson, causing Geraldine Johnson a loss of consortium.

WHEREFORE, the Plaintiff, Geraldine Johnson, prays for judgment against the Defendant Orville Hobbs d/b/a Orville Hobbs Trucking, in a sum in excess of SEVENTY-FIVE THOUSAND DOLLARS ($75,000.00), together with costs of suit, and prejudgment interest.

**PLAINTIFF DEMANDS TRIAL BY JURY**

**COUNT VII**
**(LOSS OF CONSORTIUM - ORVILLE HOBBS, Individually)**

41.     Plaintiff, Geraldine Johnson, incorporates each and every allegation as set forth hereinabove in Counts I and IV, and repeats and realleges each such averment hereinafter with the same force and effect.

42.     As a further direct and proximate result of the injuries sustained by Plaintiff Dennis Johnson, Plaintiff Geraldine Johnson has been caused to be deprived of the loss of companionship, society, and normally rendered household duties and chores performed and rendered by Dennis Johnson, causing Geraldine Johnson a loss of consortium.

WHEREFORE, the Plaintiff, Geraldine Johnson, prays for judgment against the Defendant Orville Hobbs, Individually in a sum in excess of SEVENTY-FIVE THOUSAND DOLLARS ($75,000.00), together with costs of suit, and prejudgment interest.

**PLAINTIFF DEMANDS TRIAL BY JURY**

## COUNT VIII
## (LOSS OF CONSORTIUM - MIDWEST TRANS-LOAD, LLC)

43. Plaintiff, Geraldine Johnson, incorporates each and every allegation as set forth hereinabove in Counts I and V, and repeats and realleges each such averment hereinafter with the same force and effect.

44. As a further direct and proximate result of the injuries sustained by Plaintiff Dennis Johnson, Plaintiff Geraldine Johnson has been caused to be deprived of the loss of companionship, society, and normally rendered household duties and chores performed and rendered by Dennis Johnson, causing Geraldine Johnson a loss of consortium.

WHEREFORE, the Plaintiff, Geraldine Johnson, prays for judgment against the Defendant Midwest Trans-Load, LLC in a sum in excess of SEVENTY-FIVE THOUSAND DOLLARS ($75,000.00), together with costs of suit, and prejudgment interest.

## PLAINTIFF DEMANDS TRIAL BY JURY

Respectfully submitted,

**KUJAWSKI MARCUS, LLC**

By: s/Robert P. Marcus_____
**ROBERT P. MARCUS, 06277965**
1331 Park Plaza Drive, Suite 2
O'Fallon, Illinois 62269-1764
(618) 622-3600 - Telephone
(618) 622-3700 - Facsimile
**ATTORNEYS FOR PLAINTIFF**